UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF  <br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Amanda Burnette v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:13-cv-10737-DRH-PMF |
| *Rosetta Butler v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:11-cv-11330-DRH-PMF |
| *Marilyn Grady v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10618-DRH-PMF |
| *Felicia Morgan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10844-DRH-PMF |
| *Molly Napier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10145-DRH-PMF |
| *Alice Rodriguez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10356-DRH-PMF |
| *Ashley Behrens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10723-DRH-PMF |
| *Angela Renee Bridges v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10046-DRH-PMF |
| *Hannah Bugg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10358-DRH-PMF |
| *Jocelyn R. Carlton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10047-DRH-PMF |
| *Myya Amber Fauci v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10825-DRH-PMF |

---

[1] Plaintiff n/k/a Amanda Lowe.
[2] Plaintiff a/k/a Rosetta Bess.

| | |
|---|---|
| *Nancy Jennings Ledbetter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10361-DRH-PMF |
| *Kimberly Rau v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10690-DRH-PMF |
| *Tonya Ann Strunk v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11473-DRH-PMF |
| *Aleigha West v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10720-DRH-PMF |
| *Alicia Lang v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13414-DRH-PMF |
| *Stacy Cook v. Bayer Pharma AG, et al.* | No. 3:12-cv-11240-DRH-PMF |
| *Nicole Draves v. Bayer Pharma AG, et al.* | No. 3:13-cv-10807-DRH-PMF |
| *Rachael Polzin v. Bayer Pharma AG, et al.* | No. 3:13-cv-10808-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 13, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

Digitally signed by David R. Herndon
Date: 2015.05.14 10:45:51 -05'00'

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT